In the Matter of ROSE T. VOGEL, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— All concur.